ACCEPTED
06-14-00239-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/25/2015 4:38:37 PM
DEBBIE AUTREY
CLERK

CASE NO. 06-14-00239-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/26/2015 8:24:00 AM
DEBBIE AUTREY
Clerk

MARK EUGENE ENGLE, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause No. 29,110
Honorable Richard A. Beacom, Jr., Judge Presiding

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

KELI M. AIKEN
First Assistant District Attorney
State Bar Number - 24043442
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
kaiken@huntcounty.net

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her Motion for Extension of Time to File State's Brief.

I.

The current filing deadline for the State's brief was August 24, 2015.

II.

The State requests permission to file a brief by September 11, 2015.

III.

The State requests an extension because the prosecutor who tried this case is assigned to respond to the appeal. Mr. Steven Lilley has been actively working on a murder trial that began on Monday, August 24, 2015. During that timeframe we simply missed the due date on this brief. Mr. Lilley is involved in Cause No. 29,984: *State of Texas vs. Joshua Madison Newkirk*. Jury selection took place on Monday and trial testimony began today. The trial is expected to last at least a week. At the beginning of next week Mr. Lilley has prepaid tickets to fly to New Mexico. Mr. Lilley is second chair in two death penalty cases and the prosecutors are flying to New Mexico with law enforcement to get information pertinent to these trials. The cases are: 1) Cause No. 30,265: *State of Texas vs. Kyle Kauffman*; and 2) Cause No. 30,266: *State of Texas vs. Timothy Kelley*.

The prosecutors have meetings set up with law enforcement and various potential witnesses in these cases.

## IV.

The State has made no previous requests for extensions to file her brief.

## V.

The State reached Mr. Jason Duff, attorney for Appellant, via email today and Mr. Duff agreed not to oppose this request.

## VI.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until September 11, 2015, to file her brief.

Respectfully submitted,

**/s/ Keli M. Aiken**
Keli M. Aiken
Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
kaiken@huntcounty.net

## CERTIFICATE OF CONFERENCE

I certify that I discussed the motion via email with Mr. Jason Duff today, August 25, 2015.

**/s/ Keli M. Aiken**
Keli M. Aiken

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been forwarded to Mr. Jason Duff on August 25, 2015 by placing the copy in his box in the Hunt County District Clerk's office per local rules.

**/s/ Keli M. Aiken**
Keli M. Aiken